PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Darrell Cheeks**             Docket No. **21-11277M**

### Petition for Action on Conditions of Pretrial Release

    COMES NOW STEPHANIE NERI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Darrell Cheeks**, who was placed under pretrial release supervision by the **HONORABLE ANDRE M. ESPINOSA, UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **Newark, New Jersey**, on **September 23, 2021**, under the following conditions:

1. Surrender all passports and travel documents and do not apply for new documents.
2. Refrain from possession a firearm, destructive device, or other dangerous weapons.
3. Maintain current residence or residence approved by Pretrial.
4. Maintain or actively seek employment and/or commence an education program.
5. Curfew as directed by Pretrial Services.
6. Comply with New Jersey State Parole conditions.
7. Report to the United States Marshals Service in Newark for processing at a date to be determined.

    Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A Bail Review Hearing. \***

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __29th__ day of __October__, __2021__ and ordered filed and made a part of the records in the above case. | Executed on ___October 29, 2021___ |
| __S/André M. Espinosa__<br>Andre M. Espionsa<br>United States Magistrate Judge | s/*Stephanie Neri*<br>Stephanie Neri<br>United States Pretrial Services Officer |

\* Bail review hearing set for November 16, 2021 at 11:00 a.m. via Zoom.